JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 483 -- IN RE CALIFORNIA FLOWERLAND, ET AL. SECURITIES LITIGATION

| Date | No. | Pleading Description |
|------|-----|----------------------|
| 81/08/28 | 1 | MOTION, AFFIDAVIT, BRIEF, SCHEDULE, EXHIBIT A and CERT. OF SERVICE -- Defendant Meyer Heller <br> SUGGESTED TRANSFEREE COURT:  D. District of Columbia <br> SUGGESTED TRANSFEREE JUDGE:                    (cds) |
| 81/09/04 | | AMENDMENT TO HEARING ORDER AND ATTACHED SCHEDULE FILED ON AUGUST 26, 1981 -- Setting motion of defendant Meyer Heller for transfer of action to D.District of Columbia for Panel hearing in Concord, New Hampshire on Sept. 24, 1981 -- NOT. INV. JUDGES, CLERKS & COUNSEL  (cds) |
| 81/09/08 | | APPEARANCES:  RICHARD A. KIRBY, ESQ. for S.E.C.; ~~GEORGE DONALDSON, ESQ. for Robert G. Hudson, et al.~~; IRVING BIZAR, ESQ. for Meyer Heller; BARBARA KACIR, ESQ. for Robert A. Baker, Special Agent for California Flowerland, Ltd., et al.; JERRY K. CIMMET, ESQ. for Wallace Vickery; PHILIP R. ROTNER, ESQ. for Deloitte Haskins, & Sells; DALE E. FREDERICKS, ESQ. for May, Zima & Co. (cds) <br> PAUL H. DAWES for Bronson, Bronson & McKinnon, Thomas B. Swartz, & Thomas Byrne Swartz, Inc.; ALVIN M. STEIN for Alexander Grant & Co.; ERNEST J. GETTO for Advest, Inc.          (pdh) <br> SHERWIN J. MARKMAN for Robert M. Adler; LAWRENCE W. KEESHAN for Price Waterhouse & Co.               (pdh) |
| 81/0/9/08 | | APPEARANCE -- Michael Nussbaum, Esq. for Lawrence Schwartz. (eaf) |
| 81/09/10 | 2 | REQUEST FOR EXTENSION OF TIME AND REQUEST TO VACATE HEARING ORDER -- Deft. May, Zima & Co. -- Extension GRANTED to and including 10/2/81 to ALL PARTIES ~~xxxxHearingxOrder VACATED~~.  (emh) |
| 81/09/10 | 3 | REQUEST FOR EXTENSION OF TIME and REQUEST TO VACATE HEARING ORDER -- Defts. Bronson, Bronson & McKinnon, Thomas B. Swartz and Thomas Byrne Swartz, Inc. -- EXTENSION GRANTED TO ALL PARTIES ~~to & including 10/2/81 xxxxVACATING HearingxOrderxxx~~  (emh) |
| 81/09/10 | | ORDER VACATING HEARING ORDER filed on August 26, 1981 and amended on Sept. 4, 1981.  (emh) |
| 81/09/18 | 4 | RESPONSE -- Robert M. Adler -- w/cert. of svc.  (emh) |
| 81/09/18 | 5 | MOTION, BRIEF, CERT. OF SVC. AND EXHIBITS -- Deft. Robert M. Adler <br> SUGGESTED TRANSFEREE DISTRICT:  D. District of Columbia <br> SUGGESTED TRANSFEREE JUDGE:            (emh) |

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __483__ -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 81/09/30 | 6 | RESPONSE -- (to pldg. No. 5) defendants John Adams, Simon Adler, Alfred Avery, Dene Orndorf Collins, Shirley Denes, C. William Ford, Mary Fritze, Joseph Bradford Giordano, George Hochschwender, John Schweiger, Emery Sims, Dan Ward and George Wood w/cert. of svc. (ds) |
| 10/1/81 | | APPEARANCES -- (Change - Scott A. Fink, Esq. for Price Waterhouse & Co. - Not Lawrence W. Keeshan, Esq. as logged 9/8/81); Howard M. Garfield, Esq. for Cherry, Bakaert, & Holland; George Donaldson, Esq. for Robert C. ####8# Hudson, etal; James M. Gansinger, Esq. forst Affiliated Securities, Inc., ###### Birr, Wilson & Co. and Independent Financial Planners, Inc.; Theodore Russell, Esq. for Jonathan Tobey and Robert W. Long; Nelson C. Barry, Esq. for Brause, Lowenstein & Hirsch; Theodore W. Rosenak, Esq. for John Adams, Simon Adler, Alfred Avery, Dene Orndorf Collins, Shirel-- Shirley Denes, C. William Ford, Mary Fritze, Joseph Bradford Giordano, George Hochschwender, John Schweiger, Emery Sims, Dan Ward, George Wood; Barbara Kacir, Esq. for Albuquerque Greenhouse,Ltd., Apopka Greenhouse, Ltd., Atlanta Greenhouse, Ltd.,Atlantic Flowerland, Inc., BayMist Greenhouse, Ltd.,Birmingham Greenhouse, Ltd., Boston Greenhouse, Ltd., Buccaneer Greenhouse, Ltd., Buffalo Greenhouse, Ltd., California Flowerland, Ltd., California Flowerland '79, Cincinnati Greenhouse, Ltd., Cleveland Greenhouse, Ltd., Datis American Flowerland, Inc., Delta Greenhouse, Ltd., Denver Greenhouse, Ltd., Flowerland Parnters 100, Ltd.,Flowerland Partners Equipment Leasing "A" thru "E", Garden City Greenhouse,Ltd.,Gulfstream Flowerland,Inc., Hartford Greenhouse, Ltd., Illinois Flowerland '79, Illinois Greenhouse, Ltd., Indianapolis Greenhouse, Ltd., Kansas City Greenhouse, Ltd., Las Vegas Greenhouse, Ltd.,Lone Star Greenhouse, Ltd., Los Angeles Greenhouse, Ltd.,Mark Twain Greenhouse, Ltd., Memphis Greenhouse, Ltd., Michigan Flowerland'79, Moflow Greenhouse, Ltd., Oklahoma City Greenhouse, Ltd., Pacific Flowerland Partners, Ltd., Palm Beach Flowerland, Inc., Phoenix Greenhouse, Ltd.,Pittsburgh Greenhouse, Ltd., Port Baltimore Greenhouse, Ltd.,Shenandoah Greenhouse, Ltd., Tenneesee Flowerland '79, Twin Cities Greenhouse, Ltd., Borinquen ### Foliage, Inc., California Flowerland, Inc., Caribe Foliage Co., CF Partnerhsip, Farm Mgmt, Inc., Flowerland General, Inc, Flowerland Services, Inc., Greenhouse,Ltd. Pilken Farm Joint Venture and Sunspray, Inc.       (eaf) |

JPML FORM 1A

## DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 483 -- P.3

| Date | Pleading No. | Pleading Description |
|------|------|---------------------|
| 81/10/02 | 7 | RESPONSE/MEMORANDUM -- Defts. Advest, Inc. and Irell & Manella -- w/cert. of svc. (emh) |
| 81/10/02 | 8 | RESPONSE/BRIEF -- Deft. PRICE Waterhouse -- w/cert. of service. (emh) |
| 81/10/02 | | APPEARANCE -- Dennis K. Bromley, Esq. for Arthur Andersen & Co. |
| 81/10/02 | 9 | REQUEST FOR EXTENSION OF TIME -- Deft. Stiller, Schwartz & Kaswell, P.C., GRANTED to & includ. October 23, 1981(emh) (TO STILLER, SCHWARTZ & KASWELL ONLY.) |
| 81/10/05 | | APPEARANCE -- Robert E. Schaberg, Esq. for Magdy Shebbein Stiller, Schwartz & Kaswell ~~XXXXXXXXXXXXXX~~ represented by Michael Nussbaum                     (rew) |
| 81/10/05 | 10 | RESPONSE/S (to Motions of Meyer Heller and Robert M. Adler) -- Bronson, Bronson & McKinnon, Thomas B. Swartz and Thomas Byrne Swartz, P.C. -- w/Exhibits and cert. of svc. (emh) |
| 81/10/05 | 11 | RESPONSE -- Pltf. Robert C. Hudson, et al. -- w/Exhibit and cert. of svc.   (emh) |
| 81/20/05 | | APPEARANCE -- Robert A. Dean, Esq. for D. William Sutherland; ~~XXX~~ Thomas E. Krug; Thomas Calpin; Edward R. Sokolski; James M. Heinike; Irving M. Shuman; Gordon R. Gross described as Individual Investors with limited partnership interests |
| 81/10/05 | 12 | RESPONSE/BRIEF -- Deft. Brause, Lowenstein & Hirsch -- w/cert. of svc. (emh) |
| 81/10/05 | 13 | RESPONSE/BRIEF (to Motions of Meyer Heller & Robert M. Adler) -- w/cert. of svc.--~~(emh)~~filed by May, Zima & Co. (emh) |
| 81/10/05 | 14 | RESPONSE/BRIEF -- Robert A. Baker -- w/Exhibit and cert. of svc. (emh) |
| 81/10/05 | 15 | RESPONSE/BRIEF -- The Securities & Exchange Commission -- w/cert. of svc. (emh) |
| 81/10/06 | 16 | RESPONSE -- Deft. Deloitte Haskins & Sells -- w/cert. of svc. (emh) |
| 81/10/07 | 17 | RESPONSE -- Deft. Cherry, Bakaert & Holland -- w/cert. of svc. (emh) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 483 --      P.4

| Date | Ref. | Pleading Description |
|---|---|---|
| 81/10/08 | | SUPPLEMENTAL CERT. OF SERVICE (Pleading No. 11) -- Robert C. Hudson, et al., and Bernstein, Seawell & Kove   (emh) |
| 81/10/08 | | SUPPLEMENTAL CERT. OF SVC. (Pleading No. 10) -- Bronson, Bronson & McKinnon, Thomas B. Swartz & Thomas B. Swartz, Inc., P.C. (emh) |
| 81/10/08 | | APPEARANCE -- Thomas Y. Coleman for California First Bank (an interested party in A-1)   (emh) |
| 81/10/08 | 18 | RESPONSE -- Defendants Birr Wilson & Co.; First Affiliated Securities and Independent Financial Planners Corp. -- w/cert. of service  (cds) |
| 81/10/08 | 19 | LETTER (signed by Linda S. Gillespie) -- w/copy of Judge John H. Pratt's Order of October 2, 1981  (cds) |
| 81/10/09 | | APPEARANCE -- James A. Horland for Limited Partners in A-1   (emh) |
| 81/10/09 | 20 | RESPONSE -- Arthur Andersen & Co. -- w/cert. of of svc.  (emh) |
| 81/10/13 | | SUPPLEMENTAL CERT. OF SVC. (Pleading No. 13) -- Deft. May, Zima & Co.   (emh) |
| 81/10/14 | | Letter Withdrawing Thomas Y. Coleman's Notice of Appearance  (emh) |
| 81/10/16 | 21 | RESPONSE -- Deft. Advest, Inc. and Irell & Manella -- w/cert. of svc.  (emh) |
| 81/10/22 | 22 | MOTION TO STAY HEARING -- Robert M. Adler -- w/Exhibit and cert. of svc.  (emh) |
| 81/10/23 | 23 | RESPONSE --Stiller, Schwartz & Kaswell, P.C. and Stiller, Adler & Schwartz -- w/cert. of service  (cds) |
| 81/10/30 | | SUPPLEMENTAL CERT. OF SVC. (Pleading No. 12) -- Brause, Lowenstein & Hirsch  (emh) |
| 81/10/30 | 24 | REPLY -- Robert M. Adler -- w/cert. of svc.  (emh) |
| 81/11/02 | | AMENDED AFFIDAVIT OF SVC. TO PLDG. NO. 1 AND AFFIRMATION OF SVC. BY MAIL -- Deft. Meyer Heller. (eaf) |
| 81/11/03 | 25 | SUPPLEMENTAL MEMORANDUM, EXHIBIT, CERT. OF SVC. -- pltfs. Hudson, et al.   (eaf) |
| 81/11/09 | | SUPPLEMENTAL PROOF OF SVC. TO PLDG. NO. 25 -- Pltfs. Hudson,etal.(ea |
| 81/11/12 | 26 | RESPONSE -- Defts. Adams; Adler; Avery; Collins; Denes; Ford; Fritze; Giordano; Hochschwender; King; Schweiger; Sims; Tobey; Vikery; Ward; and Wood -- w/cert. of service  (emh) |
| 81/11/16 | 27 | RESPONSE, BRIEF, CERT. OF SVC. -- SEC.   (eaf) (to Pldg. No. 1) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 483 -- _____ P.5 _____

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 81/11/16 | 28 | RESPONSE, CERT. OF SVC. (to Pldg. No. 1) -- Special Agent Robert A. Baker.   (eaf) |
| 81/11/17 | 29 | MEMORANDUM, CERT. OF SVC. (to Pldg. No. 1) -- Defts. Advest, Inc. and Irell & Manella. (eaf) |
| 81/11/18 | | SUPPLEMENTAL PROOF OF SVC. to pldg. no. 28 -- Special Agent Robert A. Baker.   (eaf) |
| 81/11/18 | 30 | OPPOSITION TO MOTION, CERT. OF SVC. (Re: Pldg. No. 1) -- Pltfs. Hudson, et al.   (eaf) |
| ~~81/12/10~~ | ~~31~~ | ~~REPLY BRIEF -- Movant Meyer Heller w/cert. of svc.   (ds)~~ |
| 81/12/10 | 31 | REPLY BRIEF -- Movant Meyer Heller w/cert. of svc.                       (ds) |
| 82/01/22 | | HEARING ORDER:  Setting Motion to transfer action to D. D.C. for Panel Hearing on February 25, 1982 in Wash.,D.C. (emh) |
| 82/02/12 | 32 | WITHDRAWAL OF MOTION (Pleading No. 5) -- Deft. Robert M. Adler -- w/cert. of svc.  (emh) |
| 82/02/17 | 33 | JOINDER OF WITHDRAWAL OF MOTION (Adler's Motion) -- Stiller, Adler & Schwartz & Stiller, Schwartz & Kaswell -- w/cert. of svc.  (emh) |
| 82/02/24 | | WAIVER OF ORAL ARGUMENT -- ALL PARTIES WAIVED             (ds) |
| 82/03/05 | | ORDER DENYING TRANSFER -- Notified involved judges, clerks and counsel  (cds) |

JPML Form 1

Revised: 8/78

DOCKET NO. __483__ -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: __IN RE CALIFORNIA FLOWERLAND, ET AL., SECURITIES LITIGATION__

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | March 5, 1982 | MO | | | | |

### Special Transferee Information

DATE CLOSED: __March 5, 1982__

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 483 -- IN RE CALIFORNIA FLOWERLAND, ET AL., SECURITIES LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Securities and Exchange Commission v. California Flowerland, Ltd., et al. | D.D.C. June L. Green | 80-1900 | | | | Denied 3/5/82 |
| A-2 | Securities and Exchange Commission v. Edward H. Heller, et al. | D.D.C. June L. Green | 80-2608 | | | | " |
| A-3 | Robert C. Hudson, et al. v. Capital Management International, Inc., et al. | N.D.Cal. Patel | C-81-1737-MPH MHP | | | | " |
| A-4 | Robert A. Baker v. Robert M. Adler, et al. | D.D.C. Pratt | 81-1779 | | | | " |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 483 -- IN RE CALIFORNIA FLOWERLAND, ET AL. SECURITIES LITIGATION

SECURITIES AND EXCHANGE COMMISSION
(A-1 and A-2)
Richard A. Kirby, Esquire
Office of the General Counsel
Securities and Exchange Commission
Washington, D. C.  20549

ROBERT C. AND SHIRLEY A. HUDSON
ET AL., ETC. (A-3)
George Donaldson, Esquire
David B. Gold, A Professional Law Corp.
120 Montgomery St., Ste. 650
San Francisco, Calif. 94104

ROBERT M. ADLER
Sherwin J. Markman, Esquire
Hogan & Hartson
815 Connecticut Ave., N.W.
Washington, D. C.  20006

PRICE WATERHOUSE & CO.
Scott A. Fink, Esquire
Heller, Ehrman, White &
  McAuliffe
44 Montgomery St.
San Francisco, Calif.  94104

ALEXANDER GRANT & CO.
Alvin M. Stein, Esquire
Parker, Chapin, Flattau
  & Klimpl
530 Fifth Avenue
New York, New York  10036

IRELL & MANELLA
ADVEST, INC.
Ernest J. Getto, Esquire
Latham & Watkins
555 South Flower St.
Los Angeles, Calif.  90071

MAY, ZIMA & CO.
Dale E. Fredericks, Esquire
Sedgwick, Detert, Moran
  & Aronold
111 Pine Street
San Francisco, Calif.  94111

DELOITTE HASKINS & SELLS *removed*
Philip R. Rother, Esquire *because*
McCutchen, Doyle, Brown &
Enerson *dismissed*
Three Embarcadero Center
San Francisco, Calif.  94111

WALLACE VICKERY
Jerry K. Cimmet, Esquire
507 Polk Street
Suite 300
San Francisco, Calif.  94102

MEYER HELLER
Irving Bizar, Esquire
153 E. 53rd St.
One Citicorp Center
New York, N.Y.  10022

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. ___2___

DOCKET NO. __483__ -- IN RE CALIFORNIA FLOWERLAND, ET AL. SECURITIES LITIGATION

| | |
|---|---|
| FIRST AFFILIATED SECURITIES, INC.<br>BIRR, WILSON & CO.<br><u>INTEPENDENT FINANCIAL PLANNERS, INC.</u><br>James M. Gansinger, Esquire<br>800 Wilshire Blvd.<br>Suite 580<br>Los Angeles, Calif.  90017 | BRONSON, BRONSON & MCKINNON<br>THOMAS B. SWARTZ<br><u>THOMAS BYRNE SWARTZ, INC.</u><br>Paul H. Dawes, Esquire<br>Thelen, Marrin, Johnson & Bridges<br>2 Embarcadero Center<br>San Francisco, Calif.  94111 |
| <u>CHERRY, ~~BAKART~~ Bekart & HOLLAND</u><br>Howard M. Garfield, Esquire<br>Long & Levit<br>Four Embarcadero Center<br>Suite 1800<br>San Francisco, Calif.  94111 | JONATHAN TOBEY<br><u>ROBERT W. LONG</u><br>Theodore Russell, Esquire<br>Pettit & Martin<br>600 Montgomery St., 21st Floor<br>San Francisco, Calif.  94111 |
| <u>BRAUSE, LOWENSTEIN & HIRSCH</u><br>Nelson C. Barry, Esquire<br>Bishop, Barry, Howe and Reid<br>220 Bush St., Suite 350<br>San Francisco, Calif.  94104 | JACKSON L. MORRIS (No Appearance Received)<br>1800 Beach Drive<br>St. Petersburg, Fla. 33704 |
| STILLER, SCHWARTZ & KASWELL, P.C.<br><u>LAWRENCE SWARTZ</u>  (Interested Pty.)<br>Michael Nussbaum, Esquire<br>Nussbaum, Owen & Webster<br>1800 M Street, N.W.<br>Washington, D.C.  20036 | <u>ARTHUR ANDERSON & CO.</u><br>Dennis K. Bromley, Esq.<br>Pillsbury, Madison & Sutro<br>Standard Oil Building<br>225 Bush Building, Suite 1928<br>San Francisco, Calif.  94104 |
| JOHN ADAMS, SIMON ADLER, ALFRED<br>AVERY, DENE ORNDORF COLLINS, SHIRLEY<br>DENES, C. WILLIAM FORD, MARY<br>FRITZE, JOSEPH BRADFORD GIORDANO,<br>GEORGE HOCHSCHWENDER, JOHN<br>SCHWEIGER, EMERY SIMS, DAN WARD,<br><u>GEORGE WOOD</u><br>Theodore W. Rosenak, Esquire<br>Archer, Rosenak & Hanson<br>Hallidie Building<br>130 Sutter Street<br>San Francisco, Calif.  94104 | <u>ISLAND FOLIAGE, INC.</u> (No Appearance Received<br>Michael Puder Harris, Esq.<br>618 U. S. One<br>P.O. Box 14667<br>North Palm Beach, Florida  33408<br><br><u>MAGDY SHEBBEIN</u><br>Robert E. Schaberg, Esq<br>167 Fell Street<br>San Francisco, Calif.  94102 |

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. ___3___

DOCKET NO. _483___ -- <u>IN RE CALIFORNIA FLOWERLAND, ET AL. SECURITIES LITIGATION</u>

FLOWERLAND ENTITIES REPRESENTED BY
SPECIAL AGENT ROBERT A BAKER (A-4)
AND NAMED AS DEFENDANTS IN OTHER ACTIONS
ALBUQUERQUE GREENHOUSE, LTD.
APOPKA GREENHOUSE, LTD.
ATLANTA GREENHOUSE, LTD.
ATLANTIC FLOWERLAND, INC.
BAY MIST GREENHOUSE, LTD.
BIRMINGHAM GREENHOUSE, LTD.
BOSTON GREENHOUSE, LTD.
BUCCANEER GREENHOUSE, LTD.
BUFFALO GREENHOUSE, LTD.
CALIFORNIA FLOWERLAND, LTD.
CINCINNATI GREENHOUSE, LTD.
CLEVELAND GREENHOUSE, LTD.
DATIS AMERICAN FLOWERLAND, INC.
CALIFORNIA FLOWERLAND '79
DELTA GREENHOUSE, LTD.
DENVER GREENOUSE, LTD.
FLOWERLAND PARTNERS 100, LTD.
FLOWERLAND PARTNERS EQUIPMENT LEASING "A"
   THRU "E", LTD
GARDEN CITY GREENHOUSE, LTD
GULFSTREAM FLOWERLAND, INC.
HARTFORD GREENHOUSE, LTD.
ILLINOIS FLOWERLAND '79
ILLINOIS GREENHOUSE, LTD.
INDIANAPOLIS GREENHOUSE, LTD.
KANSAS CITY GREENHOUSE, LTD.
LAS VEGAS GREENHOUSE, LTD.

LONE STAR GREENHOUSE, LTD.
LOS ANGELES GREENHOUSE, LTD.
MARK TWAIN GREENHOUSE, LTD.
MEMPHIS GREENHOUSE, LTD.
MICHIGAN FLOWERLAND '79
MOFLOW GREENHOUSE, LTD.
OKLAHOMA CITY GREENHOUSE, LTD.
PACIFIC FLOWERLAND PARTNERS, LTD.
PALM BEACH FLOWERLAND, INC.
PHOENIX GREENHOUSE, LTD.
PITTSBURGH GREENHOUSE, LTD.
PORT BALTIMORE GREENHOUSE, LTD.
SHENANDOAH GREENHOUSE, LTD.
TENNESSEE FLOWERLAND '79
TWIN CITIES GREENHOUSE, LTD.
BORINQUEN FOLIAGE, INC.
CALIFORNIA FLOWERLAND, INC.
CARIBE FOLIAGE COMPANY
CF PARTNERSHIP
FARM MANAGEMENT, INC.
FLOWERLAND GENERAL, INC.
FLOWERLAND SERVICES, INC.
GREENHOUSE, LTD.
PILKEN FARM JOINT VENTURE
SUNSPRAY, INC.

Barbara Kacir, Esquire
Jones, Day, Reavis & Pogue
1736 Eye Street, N.W.
Washington, D. C.  20006

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. ___4___

DOCKET NO. __483__ -- __IN RE CALIFORNIA FLOWERLAND, ET AL. SECURITIES LITIGATION__

===============================================================

UNABLE TO DETERMINE COUNSEL OR
ADDRESS FOR THE FOLLOWING
DEFENDANTS

| | |
|---|---|
| BILL TEW | DON SEDAM |
| JAN MORRISH | JOHN BONO |
| WAYNE LACEY | EMIL HELBLING |
| AL LESPERANCE | ESTATE OF ALBERT MACHEK |
| TOM SYLVIA | ANGUS VALENTINE |
| EDWARD H. HELLER | BARRY KANOWSKI |
| CAPITAL MANAGEMENT | WERNER DESCHEPPER |
| AMERICAN FLOWERLAND, INC. | TONY RYDING" |
| FIN-SERVE, B.V. | MIKE PUDLO |
| FIN-SERVE, Inc. | HARRY FRAVERT |
| FLORIDA FLOWERLAND, INC. | COR NIJSSEN |
| ESTATES DEVELOPMENTS OF DELAWARE, INC. | J. J. NIEHE |
| AGRI-BUSINESS MANAGEMENT, INC. | JEFF SMITH |
| INTERNATIONAL FLOWER SERVICES, | CARL ZARCONE |
|    INC. | LORETTA PREWITT |
| FLOWERLAND INTERNATIONAL, INC. | STEVE WEXEL |
| ESTATES SECURITIES, INC. | CARL TRACY |
| MISSISSIPPI FLOWERLAND'79 | TOM GALLAGHER |
| TEXAS FLOWERLAND '79 | CHARLES TAYLOR |
| STEVEN MEDEARIS | ALAN ADAMS |
| JOHN BODETTE | FRANK MILLER |
| FRANK RAMOS | FIRST FLORIDA SECURITIES |
| STEVE HOLMES | ESTATE OF TOBERT WHITEHEAD, ESQ. |
| LARRY HAGEN | SUSAN CHANDLER |
| DONALD LEWIS | CLARIDEN BANK |
| PETER KNUDTZON | JOHN KING |
| FRED LYNCH | ANDREW REUTER |
| RACHEL CAPLAN | |
| ENGEL ADAMS | |
| XAVIER J. WAHNER | |

D. WILLIAM SUTHERLAND/ THOMAS E. KRUG
THOMAS CALPIN/ EDWARD R. SOKOLSKI/ JAMES
M. HEINIKE/ IRVING M. SHUMAN/ GORDON GROSS
Individual Investors with Limited
Partnership Interest_____
Robert A. Dean, Esq.
Gross, Shuman, Brizdle, Laub
  & Gilfillan, P.C.
2600 Main Place Tower
Buffalo, New York  14202

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. __5__

DOCKET NO. __483__ -- _____

Limited Partners in A-1

EMERSON ALLSWORTH, ET AL.
VICTOR F. BEUNZA
BETTE D. BEUNZA
WILLIAM H. BEVIS
EVERETT G. CARROLL
JACK E. CARROLL
LARRY G. CARROLL
PAUL L. CHELL
COL. HARRY J. DAVIS, ET AL.
JAMES D. GOODLOE
FRANK GORY
LESLIE L. GRANT
W. B. GRETE
JAMES E. HALLEY, ET AL.
PAUL S. HEATON
DAVID C. HILLMAN, M.D.
PAUL R. HOOD, ET AL.
HARVEY N. HOP
WHIPPLE VAN NESS JONES, JR.
MARTHA D. KLEIN
ROBERT S. LAFFERTY, JR.
GREGORY D. LEHN, ET AL.
WILLIAM J. LYNCH
T. RUSSELL McKAY, ET AL.
JOSEPH S. MENSCH, M.D., ET AL.
HARVEY R. NEVINS, ET AL.
RAYMOND B. NEWMAN
BEVILLE S. OUTLAW, JR.
ROBERT A. PAPP, ET AL.
RICHARD D. POPE, JR., ET AL.
JOSE M. RABADE, ET AL.
DANIEL ROBERTS, M.D.
ROBERT P. ROONEY, ET AL.
HERMAN SACHS
SYLVAN H. SARASOHN, M.D.
OSBEY L. SAYLOR, M.D.
FRED C. SCHOLLMEYER, ET AL.
GEORGE L. VERGARA, M.D.
James A. Horland, Esquire
1428 Brickell Avenue
Suite 500
Miami, Florida  33131

JPML FORM 3

p. __1__

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __483__ -- IN RE CALIFORNIA FLOWERLAND, ET AL., SECURITIES LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| California Flowerland Ltd. | A-1, A-3 |
| California Flowerland '79 | A-1, A-3 |
| CF Partnership | A-1, A-3 |
| California Flowerland, Inc. | A-1, A-3 |
| Edward H. Heller | A-2, A-3 |
| C. William Ford | A-2, A-3 |
| Capital Management International Inc. | A-2, A-3 |
| American Flowerland, Inc. | A-2, A-3 |
| Island Foliage, Inc. | A-2, A-3 |
| Fin-Serve, B.V. | A-2, A-3 |
| Fin-Serve, Inc. | A-2, A-3 |

*Carle Foliage Inc.*

p. 2

| | |
|---|---|
| Florida Flowerland, Inc. ✓ | A-2, A-3 |
| Estates Developments of Delaware, Inc. ✓ | A-2, A-3 |
| Agri-Business Management, Inc. ✓ | A-2, A-3 |
| International Flower Services, Inc. ✓ | A-2, A-3 |
| Flowerland International Inc. ✓ | A-2 |
| ✓ Greenhouse, Ltd. | A-3 |
| Flowerland General, Inc. ✓ | A-3 |
| Synspray Flower Association, Inc. ✓ | A-3 |
| Flowerland Services, Inc. ✓ | A-3 |
| Estates Securities, Inc. ✓ | A-3 |
| Farm Management, Inc. ✓ | A-3 |

*✓ Borenguen Foliage, Inc.*

JPML FORM 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __483__ -- IN RE CALIFORNIA FLOWERLAND, ET AL., SECURITIES LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| Buccaneer Greenhouse, Ltd. | A-3 |
| Delta Greenhouse, Ltd. | A-3 |
| Garden City Greenhouse, Ltd. | A-3 |
| Hartford Greenhouse, Ltd. | A-3 |
| Illinois Greenhouse, Ltd. | A-3 |
| Lone Star Greenhouse, Ltd. | A-3 |
| Memphis Greenhouse, Ltd. | A-3 |
| Moflow Greenhouse, Ltd. | A-3 |
| Port Baltimore Greenhouse, Ltd. | A-3 |
| Albuquerque Greenhouse, Ltd. | A-3 |
| Atlanta Greenhouse, Ltd. | A-3 |

| | |
|---|---|
| Baymist Greenhouse, Ltd. ✓ | A-3 |
| Birmingham Greenhouse, Ltd. ✓ | A-3 |
| Cleveland Greenhouse, Ltd. ✓ | A-3 |
| Denver Greenhouse, Ltd. ✓ | A-3 |
| Las Vegas Greenhouse, Ltd. ✓ | A-3 |
| Los Angeles Greenhouse, Ltd. ✓ | A-3 |
| Mark Twain Greenhouse, Ltd. ✓ | A-3 |
| Phoenix Greenhouse, Ltd. ✓ | A-3 |
| Boston Greenhouse, Ltd. ✓ | A-3 |
| Buffalo Greenhouse, Ltd. ✓ | A-3 |
| Kansas City Greenhouse, Ltd. ✓ | A-3 |

Belden Farm
Joint Venture

JPML FORM 3

p. 5

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 483 -- IN RE CALIFORNIA FLOWERLAND, ET AL., SECURITIES LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| Shenandoah Greenhouse, Ltd. | A-3 |
| Cincinnati Greenhouse, Ltd. | A-3 |
| Indianapolis Greenhouse, Ltd. | A-3 |
| Oklahoma City Greenhouse, Ltd. | A-3 |
| Twin Cities Greenhouse, Ltd. | A-3 |
| Pittsburgh Greenhouse, Ltd. | A-3 |
| Illinois Flowerland '79 | A-3 |
| Michigan Flowerland '79 | A-3 |
| Mississippi Flowerland '79 | A-3 |
| Tennessee Flowerland '79 | A-3 |
| Texas Flowerland '79 | A-3 |

p. ___6___

| | A-3 |
|---|---|
| Flowerland Partners Equipment Leasing, Ltd. A thru E | |
| Atlantic Flowerland, Inc. | A-3 |
| Datis American Flowerland Inc. | A-3 |
| Gulfstream Flowerland, Inc. | A-3 |
| Palm Beach Flowerland, Inc. | A-3 |
| Flowerland Partners 100, Ltd. | A-3 |
| Pacific Flowerland Partners, Ltd. | A-3 |
| Apopka Greenhouse, Ltd. | A-3 |
| Alfred J. Avery | A-3 |
| John Schweiger | A-3 |
| Jonathan Tobey | A-3 |

JPML FORM 3

p. _7_

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 483 __ -- IN RE CALIFORNIA FLOWERLAND, ET AL., SECURITIES LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| Simon Adler | A-3 |
| Magdy Shebbein | A-3 |
| Dene Orndorf | A-3 |
| Bill Tew | A-3 |
| Jan Morrish | A-3 |
| Wayne Lacey | A-3 |
| Al Lesperance | A-3 |
| Tom Sylvia | A-3 |
| Wallace Vickery | A-3 |
| Joseph Bradford Giordano | A-3 |
| Steven Medearis | A-3 |

| | |
|---|---|
| Don Sedam | A-3 |
| John Bono | A-3 |
| Mary Fritze | A-3 |
| Emil Helbling | A-3 |
| George Hochschwender | A-3 |
| Estate of Albert Machek | A-3 |
| John Adams | A-3 |
| Shirley Denes (formerly Shirley Hudson/ per telecom w/dist. ct.) | A-3 |
| George Wood | A-3 |
| Angus Valentine | A-3 |
| Barry Kanowski | A-3 |

JPML FORM 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO.  483  -- IN RE CALIFORNIA  FLOWERLAND, ET AL., SECURITIES LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| Werner Deschepper | A-3 |
| Tony Ryding | A-3 |
| Emery Sims | A-3 |
| Mike Pudlo | A-3 |
| Harry Fravert | A-3 |
| Dan Ward | A-3 |
| Cor Nijssen | A-3 |
| J. J. Niehe | A-3 |
| John King | A-3 |
| Jeff Smith | A-3 |
| Carl Zarcone | A-3 |

p. __10__

| | |
|---|---|
| Loretta Prewitt | A-3 |
| Steve Wexel | A-3 |
| Carl Tracy | A-3 |
| Tom Gallagher | A-3 |
| Charles Taylor | A-3 |
| Alan Adams | A-3 |
| Frank Miller | A-3 |
| John Bodette | A-3 |
| Frank Ramos | A-3 |
| Steve Holmes | A-3 |
| Larry Hagen | A-3 |

JPML FORM 3

p. __11__

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _483_ -- IN RE CALIFORNIA FLOWERLAND, ET AL., SECURITIES LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| Donald Lewis | A-3 |
| Peter Knudtzon | A-3 |
| Fred Lynch | A-3 |
| Rachel Caplan | A-3 |
| Engel Adams | A-3 |
| Robert Long | A-3 |
| Brause, Lowenstein & Hirsch | A-3 |
| ~~Deloitte, Haskins~~ & ~~Sells~~ *dism. from action* | A-3 |
| Arthur Andersen & Co. | A-3 |
| May, Zima & Co. | A-3 |
| Xavier J. Wahner | A-3 |

| | |
|---|---|
| Price Waterhouse & Co. | A-3 |
| Alexander Grant & Co. | A-3 |
| Cherry, Bekaert & Holland | A-3 |
| Stiller, Adler & Schwartz | A-3 |
| Robert Adler | A-3, A-4 |
| Jackson Morris | A-3 |
| Estate of Tobert Whitehead Esq. | A-3 |
| Bronson, Bronson & McKinnon | A-3 |
| Advest, Inc. | A-3 |
| First Florida Securities | A-3 |
| First Affiliated Securities | A-3 |

JPML FORM 3

p. __13__

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __483__ -- IN RE CALIFORNIA FLOWERLAND, ET AL., SECURITIES LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| Birr, Wilson & Co. ✓ | A-3 |
| Independent Financial Planners ✓ | A-3 |
| Andrew Reuter | A-3 |
| Meyer C. Heller ✓ | A-3 |
| Susan Chandler | A-3 |
| Clariden Bank | A-3 |
| ~~Robert Adler~~ | ~~A-4~~ |
| Stiller, Schwartz & Kaswell | A-4 |
| *Laurence Schwartz* ✓ | A-3 |
| *Elyse G. Schwartz* | A-3 |
| *Thomas Byrne Security, Inc.* | A-3 |